UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
REPUBLIC OF ARGENTINA,              )
                                    )
            Petitioner,             )
                                    )
      v.                            )   Civil Action No. 09-248 (RBW)
                                    )
NATIONAL GRID PLC,                  )
                                    )
            Respondent.             )
_____)

**ORDER**

For the reasons that will be set forth in the Memorandum Opinion to be issued by the Court within the next thirty days, absent extraordinary circumstances, it is

**ORDERED** that the respondent's motion for a pre-judgment bond is **GRANTED**. It is further

**ORDERED** that the petitioner shall post a bond in the amount of $54,126,338.46 no later than sixty days from the issuance of the forthcoming Memorandum Opinion. It is further

**ORDERED** that this case is **STAYED** and **ADMINISTRATIVELY CLOSED** until the petitioner has posted the bond set forth in the preceding decretal paragraph or until further notice from the Court. It is further

**ORDERED** that the petitioner shall file a status report within fourteen days from the issuance of the forthcoming Memorandum Opinion, informing the Court whether it intends to post the bond, withdraw its petition to vacate or modify the arbitral award, or appeal the Court's decision to the United States Court of Appeals for the District of Columbia Circuit. It is further

**ORDERED** that this Order shall not be deemed a final order subject to appeal until the Court has issued its Memorandum Opinion.

**SO ORDERED** this 31st day of March, 2010.

REGGIE B. WALTON<br>United States District Judge