# UNITED STATES DISTRICT COURT

for the

## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE ARGENTINE REPUBLIC, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.  09-248 (RBW) |
| NATIONAL GRID PLC, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

### NOTICE OF APPEAL

Notice is hereby given that The Argentine Republic, petitioner in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order dated June 7, 2010 that granted Defendant National Grid's cross-motion and confirmed that certain arbitral award rendered against The Argentine Republic and in favor of National Grid and denied petitioner's Petition to Vacate or Modify the arbitral award entered in this action on June 7, 2010.


Date:  June 23, 2020              /s/ *John P. Gleason*
       New York, New York       /s/ *Fernando Koatz*
                                   John P. Gleason
                                   Fernando Koatz

**TO**: Clerk of the Court

Paul L. Yde, Esq.                     Gleason & Koatz, LLP
Freshfields Bruckhaus Deringer US LLP     122 East 42nd Street
701 Pennsylvania Avenue, N.W.          New York, New York 10168
Washington, D.C. 20004                 (212) 986-1544
Attorneys for Respondent BG Group PLC    jgleason@gleasonkoatz.com
                                          fkoatz@gleasonkoatz.com
                                          Attorneys for Petitioner The Argentine Republic